SEALED BY ORDER OF THE COURT

RECEIVED SEP 1 8 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP 2 4 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ALEX G. TSE (CABN 152348)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
JENNIFER S WANG (CABN 233155)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6967
FAX: (415) 436-6748
jennifer.s.wang@usdoj.gov

Attorneys for the United States

ORIGINAL



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ZACHARY SILBERSHER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., et al., <br><br> Defendants. | Case No. 18-cv-1496 DMR <br><br> **THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER** <br><br> **FILED UNDER SEAL** |

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* The United States Court of Appeals for the Ninth Circuit has held that, notwithstanding this language, the United States has the right only to a hearing when it objects to a settlement or dismissal of the action. *U.S. ex rel. Green v. Northrop Corp.*,

U.S. NOTICE OF DECLINATION; [PROPOSED] ORDER
CASE NO. 18-cv-1496 DMR

59 F.3d 953, 959 (9th Cir. 1995); *U.S. ex rel. Killingsworth v. Northrop Corp.*, 25 F.3d 715, 723-25 (9th Cir. 1994). Therefore, the United States requests that, should the relator, the States, or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court provide the United States with an opportunity to be heard before ruling or granting its approval.

Furthermore, 31 U.S.C. § 3730(c)(3) permits the United States to be served with copies of all pleadings filed in the action. Accordingly, the undersigned counsel for the United States will file a Notice of Appearance for the purpose of receiving ECF notifications of filings in this case. The United States reserves its right to order any deposition transcripts and to intervene in this action, for good cause, at a later date. The United States also reserves its right to seek the dismissal of the relator's action or claim pursuant to 31 U.S.C. § 3730(c)(2)(A), and to request a stay of discovery pursuant to 31 U.S.C. § 3730(c)(4).

The States have received additional time to make an intervention decision, and the current seal period expires on October 26, 2018. The United States requests that the relator's Complaint, the Summons, the Case Management Order, this Notice, and the attached proposed Order be unsealed after the States have made an intervention decision, and that the seal be lifted as to all matters subsequently occurring after the States' intervention decision. The United States requests that all other papers on file in this action through the date of this Notice of Election to Decline Intervention remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Respectfully submitted,

ALEX G. TSE
United States Attorney

JENNIFER S WANG
Assistant United States Attorney

Dated: September 17, 2018

U.S. NOTICE OF DECLINATION; [PROPOSED] ORDER
CASE NO. 18-cv-1496 DMR

# [PROPOSED] ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED THAT:

1. The Complaint, Summons, Case Management Order, Government's Notice of Election to Decline Intervention, and this Order will be unsealed after the States have filed a notice of intervention or declination in this action; *but the Order will be unsealed no later than October 26, 2018 without a further order*

2. The relator shall serve this Order and The Government's Notice of Election to Decline Intervention upon the defendant after service of his complaint;

3. All other contents of the Court's file in this action through the date of this Order will remain under seal and will not be made public or served upon the defendant;

4. The seal shall be lifted as to all other matters occurring in this action after the States have filed a notice of intervention or declination;

5. Counsel for the United States shall file a notice of appearance in this action for the purpose of receiving ECF notifications of all pleadings and motions filed in this action, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time; and

6. Should the relator, the States, or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with an opportunity to be heard before ruling or granting its approval, in accordance with 31 U.S.C. § 3730(b)(1).

IT IS SO ORDERED,

This 24th day of September, 2018.

DONNA M. RYU
United States Magistrate Judge

U.S. NOTICE OF DECLINATION; [PROPOSED] ORDER
CASE NO. 18-cv-1496 DMR

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION; [PROPOSED] ORDER**

<u>FILED UNDER SEAL</u>

to be served this date upon the party(ies) as follows:

\_\_\_ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

\_\_\_ **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

**_X_** **ELECTRONIC MAIL**

\_\_\_ **FEDERAL EXPRESS**

\_\_\_ **PERSONAL SERVICE (BY MESSENGER)**

\_\_\_ **FACSIMILE (FAX)** Telephone No.: <u>See Below</u>

to the party(ies) addressed as follows:

| | |
|---|---|
| Nicomedes Sy Herrera<br>Joseph Saveri Law Firm, Inc.<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>T (415) 500-6800   F (415) 395-9940<br>NHerrera@saverilawfirm.com | David B. Zlotnick<br>Deputy Attorney General<br>California Department of Justice<br>1455 Frazee Road, Ste. 315<br>San Diego, CA 92108<br>Telephone: (619) 688-6434<br>Fax: (619) 688-4200<br>E-mail: David.Zlotnick@doj.ca.gov |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 18, 2018 at San Francisco, California.

_____
BONNY WONG
Legal Assistant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY SILBERSHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC, et al.,<br><br>Defendants. | Case No. 4:18-cv-01496-DMR<br>*SEALED*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/24/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph R. Saveri
Kyla Jenny Gibboney
Nicomedes Sy Herrera
Joseph Saveri Law Firm, Inc.
601 California Street, Suite 1000
San Francisco, CA 94108

Kevin E. Rayhill
V Chai Oliver Prentice
Joseph Saveri Law Firm, Inc.
555 Montgomery Street
Suite 1210
San Francisco, CA 94111

David Zlotnick
Deputy Attorney General
1455 Frazee Road, Ste. 315
San Diego, CA 92108

Jennifer S. Wang
Assistant U.S. Attorney
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA 94102-3495

Dated: 9/24/2018

Susan Y. Soong
Clerk, United States District Court

By: _____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU