

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA; COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* ZACHARY SILBERSHER, <br><br>        Plaintiffs, <br><br>        vs. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC. VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC. AND DR. FALK PHARMA GMBH, <br><br>        Defendants. | Case No. 3:18-cv-01496-JD <br><br> **[PROPOSED] ORDER GRANTING VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., AND SALIX PHARMACEUTICALS, INC.'S MOTION TO DISMISS CORRECTED AMENDED COMPLAINT** |

Pending before the Court is Defendants Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc.'s ("Moving Defendants") Motion to Dismiss the Corrected Amended Complaint. After full consideration of the moving and opposing papers of each party, the arguments of counsel, and all other matters presented to the Court, **IT IS HEREBY ORDERED** that Moving Defendants' Motion to Dismiss is **GRANTED**. The Corrected Amended Complaint is dismissed, with prejudice, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

IT IS SO ORDERED.

Dated: January 15, 2019

_____
Hon. James Donato
Judge, United States District Court

- 2 -