1
2
3
4

Christian E. Mammen (State Bar No. 188454)
WOMBLE BOND DICKINSON (US) LLP
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Tel.: 408-341-3067
Fax: 408-703-5407
Email: Chris.Mammen@wbd-us.com

5
6

Attorneys for Defendant
Dr. Falk Pharma GmbH

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10
11
12
13
14
15
16

UNITED STATES OF AMERICA; STATES OF
CALIFORNIA, COLORADO, CONNECTICUT,
DELAWARE, FLORIDA, IOWA, LOUISIANA,
MARYLAND, MICHIGAN, MINNESOTA,
MONTANA, NEVADA, NEW JERSEY, NEW
MEXICO, NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND, TENNESSEE,
TEXAS, VERMONT, AND WASHINGTON; THE
COMMONWEALTHS OF MASSACHUSETTS
AND VIRGINIA; AND THE DISTRICT OF
COLUMBIA,

*ex rel.* . ZACHARY SILBERSHER,

17

Plaintiffs,

18

v.

19
20
21

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC., VALEANT
PHARMACEUTICALS, LTD., SALIX
PHARMACEUTICALS, INC., AND DR. FALK
PHARMA GMBH,

22

Defendants.

23

Case No. 3:18-cv-01496-JD

**DR. FALK PHARMA GMBH'S
NOTICE OF JOINDER AND
JOINDER IN MOTION TO DISMISS
CORRECTED AMENDED
COMPLAINT BY VALEANT
PHARMACEUTICALS
INTERNATIONAL, INC., VALEANT
PHARMACEUTICALS, LTD., AND
SALIX PHARMACEUTICALS, INC.**

Judge:   Hon. James Donato

Trial Date:  None Set

24
25
26
27
28

PLEASE TAKE NOTICE that Defendant Dr. Falk Pharma GmbH ("Falk") will, and hereby does, join in Defendants Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc.'s (collectively, "Co-Defendants") Notice of Motion and Motion to Dismiss Corrected Amended Complaint (Docket No. 36, or "Co-Defendants' Motion") and, in such regard, respectfully requests that any dismissal of Co-Defendants ordered by the Court in regard to that Motion also be ordered in favor of Falk.

Falk joins in all sections of Co-Defendants' Motion. Additional grounds for dismissing Dr. Falk due to misjoinder and personal jurisdiction have been set forth in Falk's Motion to Dismiss Corrected Amended Complaint ("Falk's Motion"), filed concurrently herewith.

Co-Defendants' Motion will be fully briefed by March 19, 2019. Plaintiff and Relator Zachary Silbersher ("Relator") has yet to file an opposition brief to the Co-Defendants' Motion, and has until February 19, 2019 to do so.  A hearing on Co-Defendants' Motion is scheduled for April 11, 2019 at 10:00 a.m.  (Docket No. 40.)

Falk's additional arguments in its Motion do not impose a burden on any party.  Under Local Rule of Practice in Civil Proceedings 7-2, briefing on Falk's Motion will be completed well in advance of the April 11, 2019 hearing, which is 52 days from the filing of Falk's Motion.  *See* Civil L.R. 7-2.  By Falk joining in the arguments already presented by Co-Defendants, along with Relator's ability to respond to Falk's Motion presenting additional grounds for dismissal as to Falk, no prejudice will be caused to any party by Dr. Falk's joinder in Co-Defendants' Motion.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DATED:  February 18, 2019

Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP

By:_____/s/ Christian E. Mammen_____
Christian E. Mammen (State Bar No. 188454)


*Of Counsel:*
Mary W. Bourke (*pro hac vice application forthcoming*)
Kristen Healey Cramer (*pro hac vice application forthcoming*)
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 252-4320

John Bourke (*pro hac vice application forthcoming*)
WOMBLE BOND DICKINSON (US) LLP
Two International Place, Suite 02110
Boston, MA 02110
(857) 287-3128

*Attorneys for Defendant Dr. Falk Pharma GmbH*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of February 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: **DR. FALK PHARMA GMBH'S NOTICE OF JOINDER AND JOINDER IN MOTION TO DISMISS CORRECTED AMENDED COMPLAINT BY VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS, LTD., AND SALIX PHARMACEUTICALS, INC.**

*/s/ Chris Mammen*