Christian E. Mammen (State Bar No. 188454)
**WOMBLE BOND DICKINSON (US) LLP**
1841 Page Mill Road, Suite 200
Palo Alto, CA 94304
Tel.: 408-341-3067
Fax: 408-703-5407
Email: Chris.Mammen@wbd-us.com

Attorneys for Defendant
Dr. Falk Pharma GmbH

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,

*ex rel.* . ZACHARY SILBERSHER,

        Plaintiffs,

    v.

VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH,

        Defendants.

Case No. 3:18-cv-01496-JD

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3-15**

Judge:   Hon. James Donato

Trial Date:  None Set

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

   Defendant Dr. Falk Pharma GmbH, by and through its undersigned counsel, set forth the following information in accordance with Fed. R. Civ. P. 7.1:  Dr. Falk Pharma GmbH states that it has no parent corporation and that no publicly held corporation or affiliate owns 10% or more of its stock.

   Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: March 27, 2019       Respectfully submitted,

               WOMBLE BOND DICKINSON (US) LLP


               By:  */s/ Christian E. Mammen*
               Christian E. Mammen (State Bar No. 188454)

               *Of Counsel:*
               Mary W. Bourke (*pro hac vice*)
               Kristen Healey Cramer (*pro hac vice*)
               WOMBLE BOND DICKINSON (US) LLP
               1313 North Market Street, Suite 1200
               Wilmington, DE 19801
               (302) 252-4320

               John Bourke (*pro hac vice*)
               WOMBLE BOND DICKINSON (US) LLP
               Two International Place, Suite 02110
               Boston, MA 02110
               (857) 287-3128
               *Attorneys for Defendant Dr. Falk Pharma GmbH*