# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## Civil Minutes

Date: August 8, 2019　　　　　　　　　　　　　　Judge: Hon. James Donato

Time: 36 Minutes

Case No.　　**C-18-01496-JD**
Case Name　**Silbersher et al v. Valeant Pharmaceuticals International, Inc et al**

Attorney(s) for Plaintiff(s):　　Andrew M. Purdy/Nicomedes Sy Herrera/Laura E. Seidl
Attorney(s) for Defendant(s):　Moez M. Kaba/Dr. Christian E. Mammen/Daniel Sheehan

Deputy Clerk: Lisa R. Clark　　　　　　　　　　Court Reporter: Katherine Sullivan

## PROCEEDINGS

Initial Case Management Conference -- Not Held
Bausch Defendants' Motion to Dismiss, Dkt. No. 36 -- Held
Dr. Falk Pharma GmbH's Motion to Dismiss, Dkt. No. 43 -- Submitted
Motion to Stay Discovery, Dkt. No. 41 -- Not Held

## NOTES AND ORDERS

The Court hears argument on the Bausch defendants' motion to dismiss, Dkt. No. 36, and will issue a written order. Dr. Falk Pharma GmbH's separate motion to dismiss, Dkt. No. 43, is taken under submission.

The case is stayed in all respects pending the Court's order.