UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY SILBERSHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC, et al.,<br><br>Defendants. | Case No.  3:18-cv-01496-JD<br><br>**ORDER DISMISSING CASE** |

On May 11, 2020, the Court dismissed the corrected first amended complaint ("CFAC") with leave to amend by June 15, 2020.  Dkt. No. 109 at 18.  The Court expressly stated that failure to meet this deadline would result in dismissal with prejudice under Federal Rule of Civil Procedure 41(b).  *Id.*  Silbersher did not amend the complaint, and filed a notice of appeal on June 9, 2020.  Dkt. No. 110.  He did not file a formal notice electing to stand on the complaint and appeal, but left messages to that effect with the Court's deputy on voicemail and email.

A good argument can be made that Silbersher did not adequately respond to the Court's order setting a deadline to amend, and that the case should be dismissed under Rule 41(b).  *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1065 (9th Cir. 2004); *Ndigwe v. Allstate Indem. Co.*, 710 Fed. App'x 744, 745-46 (9th Cir. 2017) (unpublished).  Even so, he made some effort, albeit an incomplete one, to advise the Court of his election, and so the case is dismissed with prejudice under Rule 12(b)(6).

**IT IS SO ORDERED.**

Dated: July 2, 2020

JAMES DONATO
United States District Judge