Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
**HERRERA PURDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile: (855) 969-2050
Email: NHerrera@HerreraPurdy.com
LSeidl@HerreraPurdy.com

Andrew Purdy (SBN 261912)
Shawn Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
**HERRERA PURDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (949) 936-0900
Email: APurdy@HerreraPurdy.com
SKennedy@HerreraPurdy.com
BHembd@HerreraPurdy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
C. Jacob Gower (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
CCormier@BurnsCharest.com
JGower@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,

*ex rel.* ZACHARY SILBERSHER,

Plaintiffs,

v.

VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH,

Defendants.

Case No.: 3:18-cv-01496-JD

**PLAINTIFF'S NOTICE OF NO TRANSCRIPT ORDER FOR APPEAL PURSUANT TO NINTH CIRCUIT RULE 10-3.1**

Hon. James Donato

Courtroom 11, 19th Floor
Phillip Burton Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102

Action Filed: March 8, 2018

**NOTICE OF NO TRANSCRIPT ORDER**

Pursuant to Ninth Circuit Rule 10-3.1(c), plaintiff-relator Zachary Silbersher hereby provides notice that all parties agree that no additional transcripts are necessary for the cross-appeals pending before the United States Court of Appeals for the Ninth Circuit in *Silbersher v. Valeant Pharms. Int'l*, Nos. 20-16176 and 20-16256, other than the transcript for the hearing on defendants' motions to dismiss, which is part of the record (Dkt. 102). Accordingly, no additional transcripts will be ordered.

Dated: July 15, 2020

Respectfully submitted,

**HERRERA PURDY LLP**

By: */s/ Nicomedes Sy Herrera*
Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraPurdy.com
LSeidl@HerreraPurdy.com

Andrew Purdy (State Bar No. 261912)
Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: APurdy@HerreraPurdy.com
SKennedy@HerreraPurdy.com
BHembd@HerreraPurdy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
C. Jacob Gower (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
CCormier@BurnsCharest.com
JGower@BurnsCharest.com

*Attorneys for Plaintiff-Relator*