FILED

FEB 17 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ZACHARY SILBERSHER, Relator,

        Plaintiff-Appellant,

and

UNITED STATES OF AMERICA, ex rel.; et al.,

        Plaintiffs,

  v.

VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al.,

        Defendants-Appellees,

_____

FLAT LINE CAPITAL, LLC,

        Intervenor-Pending.

No. 20-16176

D.C. No. 3:18-cv-01496-JD
Northern District of California,
San Francisco

ORDER

ZACHARY SILBERSHER, Relator,

        Plaintiff-Appellee,

and

UNITED STATES OF AMERICA, ex rel.; et al.,

        Plaintiffs,

No. 20-16256

D.C. No. 3:18-cv-01496-JD

v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC.; et al.,

        Defendants,

 and

DR. FALK PHARMA GMBH,

        Defendant-Appellant,

——————————————

FLAT LINE CAPITAL, LLC,

        Intervenor-Pending.

Before: CANBY, GRABER, and FRIEDLAND, Circuit Judges.

The motion of Flat Line Capital, LLC ("Flat Line"), to intervene in these cross-appeals (Docket Entry No. 32) is denied. *See* 31 U.S.C. § 3730(b)(5). Flat Line's alternative motion for permission to file an amicus curiae brief is referred to the panel assigned to decide the merits of this appeal.

Flat Line's proposed amicus curiae brief is due March 22, 2021.

The previously established briefing schedule remains in effect.