FILED

OCT 4 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZACHARY SILBERSHER, Relator, <br><br> Plaintiff-Appellant, <br><br> and <br><br> UNITED STATES OF AMERICA, ex rel.; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF LOUISIANA; STATE OF MARYLAND; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MONTANA; STATE OF NEVADA; STATE OF NEW HAMPSHIRE; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF VERMONT; STATE OF WASHINGTON; COMMONWEALTH OF MASSACHUSETTS; COMMONWEALTH OF VIRGINIA; DISTRICT OF COLUMBIA, <br><br> Plaintiffs, <br><br> v. | No. 20-16176 <br><br> D.C. No. 3:18-cv-01496-JD <br> Northern District of California, <br> San Francisco <br><br> ORDER |

VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; VALEANT PHARMACEUTICALS INTERNATIONAL; SALIX PHARMACEUTICALS, LTD.; SALIX PHARMACEUTICALS, INC.; DR. FALK PHARMA GMBH,

        Defendants-Appellees.

Before: SCHROEDER and SANCHEZ, Circuit Judges, and ANTOON,[*] District Judge.

Appellant is ordered to file a response to the petition for rehearing en banc. Dkt. 117. The response shall not exceed 15 pages or 4,200 words and shall be filed within 21 days of the date of this order. 9th Cir. R. 40-1.

---

[*] The Honorable John Antoon II, United States District Judge for the Middle District of Florida, sitting by designation.