

**FILED**

JAN 5 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZACHARY SILBERSHER, Relator, | No.   20-16256 |
| Plaintiff-Appellee, | D.C. No. 3:18-cv-01496-JD |
| and | Northern District of California, San Francisco |
| UNITED STATES OF AMERICA, ex rel.; et al., | ORDER |
| Plaintiffs, | |
| v. | |
| VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al., | |
| Defendants, | |
| and | |
| DR. FALK PHARMA GMBH, | |
| Defendant-Appellant. | |

Before:  SCHROEDER and SANCHEZ, Circuit Judges, and ANTOON,[*] District Judge.

Judges Schroeder, Sanchez, and Antoon have voted to deny the petition for panel rehearing.  Fed. R. App. P. 40.  Judge Sanchez voted to deny the petition for

---

[*]   The Honorable John Antoon II, United States District Judge for the Middle District of Florida, sitting by designation.

rehearing en banc, and Judges Schroeder and Antoon recommended denying the same. The full court has been advised of the petitions, and no judge has requested to vote on whether to rehear the matter en banc. Fed. R. App. 35. Accordingly, the parties' petitions for panel rehearing and rehearing en banc, filed September 18, 2023, are **DENIED.** No further petitions will be entertained.