| FL-960 | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, state bar number, and address):*<br>Moez M. Kaba, No. 257456<br>mkaba@hueston.com<br>523 W. 6th St., Suite 400<br>Los Angeles, CA 90014<br>TELEPHONE NO.: 213-788-4340    FAX NO.: 888-866-4825<br>ATTORNEY FOR *(Name):* Valeant Pharmaceuticals, et al. | **FOR COURT USE ONLY** |
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF** San Francisco<br>STREET ADDRESS: 450 Golden Gate Avenue,<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: San Francisco, 94102-3489<br>BRANCH NAME: San Francisco | |
| PETITIONER/PLAINTIFF: United States of America, et al.<br>RESPONDENT/DEFENDANT: Valeant Pharmaceuticals, et al. | |
| **NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD** | **CASE NUMBER:**<br>3:18-cv-01496-JD |

1. In accordance with the provisions of section 285.1 of the Code of Civil Procedure, I withdraw as Attorney of Record for:
   ☐ Petitioner   ☑ Respondent

2. The final judgment of dissolution, legal separation, nullity, parentage, or postjudgment order was entered on *(specify date):*
   and no motions or other proceedings are pending at this time.

3. The last known address for the   ☑ Petitioner   ☐ Respondent   is:
   Joseph R. Saveri
   601 California Street, Suite 1000
   San Francisco, CA 94108
   Email: jsaveri@saverilawfirm.com (See attached Proof of Service)

4. The last known telephone number for the   ☑ Petitioner   ☐ Respondent   is: 415-500-6800

5. I mailed a copy of this *Notice of Withdrawal* to   ☑ Petitioner   ☐ Respondent   at the address set forth in item 3.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 9, 2024

Daniel C. Sheehan
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE)

**WARNING**
**This form may not be used after a status-only judgment.**

Form Adopted for Mandatory Use
Judicial Council of California
FL-960 [Rev. January 1, 2003]

**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD**

Page 1 of 2
Code of Civil Procedure, § 285.1
www.courtinfo.ca.gov

| PETITIONER/PLAINTIFF: United States of America, et al. | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: Valeant Pharmaceuticals, et al. | 3:18-cv-01496-JD |

**PROOF OF SERVICE BY** ☐ **PERSONAL SERVICE** ☑ **MAIL**

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. I served a copy of the *Notice of Withdrawal of Attorney of Record* as follows *(check either a. or b. below)*:
   a. ☐ **Personal service.** I personally delivered the *Notice of Withdrawal of Attorney of Record* as follows:
      (1) Name of person served:
      (2) Address where served:

      (3) Date served:
      (4) Time served:

   b. ☑ **Mail.** I deposited the *Notice of Withdrawal of Attorney of Record* in the United States mail, in a sealed envelope with postage fully prepaid. The envelope was addressed and mailed as follows:
      (1) Name of person served: Joseph R. Saveri
      (2) Address: 601 California Street, Suite 100
          San Francisco, CA 94108 (see attached Proof of Service)

      (3) Date of mailing: February 9, 2024
      (4) Place of mailing *(city and state):* Los Angeles, CA
      (5) I am a resident of or employed in the county where the *Notice* was mailed.

   c. My residence or business address is *(specify):*
      Hueston Hennigan LLP, 523 West 6th Street, Suite 400, Los Angeles, CA 90014

   d. My phone number is *(specify):*
      213-788-4340

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 9, 2024

Ervin D. Upton  
(TYPE OR PRINT NAME)

▶ [signature]  
(SIGNATURE OF PERSON SERVING NOTICE)

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 523 West 6th Street, Suite 400, Los Angeles, CA 90014.

On February 12, 2024, I served the foregoing document(s) described as:

**NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD DANIEL C. SHEEHAN**

on the interested parties in this action as stated on the attached mailing list.

[X] (BY E-MAIL) By transmitting the documents listed above to the e-mail addresses set forth on the attached mailing list.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on February 12, 2024, at Los Angeles, California.

| Ervin D. Upton | *(signature)* |
| --- | --- |
| (Type or print name) | (Signature) |

- 1 -
NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD DANIEL C. SHEEHAN

6596726

# SERVICE LIST

Joseph R. Saveri
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
(415) 500-6800
Fax: (415) 395-9940
Email: jsaveri@saverilawfirm.com

Bret Douglas Hembd
Herrera Kennedy LLP
4590 MacArthur Boulevard, Suite 500
Newport Beach, CA 92660
(949) 936-0900
Email: bhembd@herrerakennedy.com

Charles Jacob Gower
Burns Charest
365 Canal Street
Suite 1170
New Orleans, LA 70130
504-799-2845
Fax: 504-881-1765
Email: jgower@burnscharest.com

Christopher Cormier
Burns Charest LLP
4725 Wisconsin Avenue NW
Suite 200
Washington, DC 20016
202-577-3977
Email: ccormier@burnscharest.com

Kevin E. Rayhill
Joseph Saveri Law Firm, Inc.
555 Montgomery Street
Suite 1210
San Francisco, CA 94111
(415) 500-6800
Fax: (415) 395-9940
Email: krayhill@saverilawfirm.com

Kyla Jenny Gibboney
Gibbs Law Group LLP
1111 Broadway
Suite 2100
Oakland, CA 94607
510-350-9709
Fax: 510-350-9701
Email: kjg@classlawgroup.com

Laura E Seidl
Herrera Kennedy LLP
1301 Clay Street
Suite 600
Oakland, CA 94612
510-422-4700
Email: lseidl@herrerakennedy.com

Nicomedes Sy Herrera
Herrera Kennedy LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
510-422-4700
Fax: (855) 969-2050
Email: nherrera@herrerakennedy.com

Shawn M. Kennedy
Herrera Kennedy LLP
4590 MacArthur Boulevard, Suite 500
Newport Beach, CA 92660
(949) 936-0903
Email: skennedy@herrerakennedy.com

Tejinder Singh
Goldstein and Russell, P.C.
7475 Wisconsin Avenue, Suite 850
Bethesda, MD 20814
(202) 362-0636
Email: tsingh@goldsteinrussell.com

V. Chai Oliver Prentice
Tycko & Zavareei, LLP
1970 Broadway, Suite 1070
Oakland, CA 94612
(510) 254-6808
Fax: (202) 973-0950
Email: vprentice@tzlegal.com

Warren Tavares Burns
Burns Charest LLP
900 Jackson Street
Suite 500
Dallas, TX 75202
469-904-4550
Fax: 469-444-5002
Email: wburns@burnscharest.com

| | | |
|---|---|---|
| 1 | United States of America ex rel. represented by | Jennifer S Wang |
| 2 | Michelle Lo | United States Attorney's Office |
|   | United States Attorney's Office | 450 Golden Gate Avenue, 9th Floor |
| 3 | Northern District of California | San Francisco, CA 94102-3495 |
|   | 450 Golden Gate Avenue | 415-436-6967 |
| 4 | P.O. Box 36055 | Fax: 415-436-6748 |
|   | San Francisco, CA 94102 | Email: jennifer.wang@cco.sccgov.org |
| 5 | (415) 436-7180 | |
|   | Fax: (415) 436-6748 | |
| 6 | Email: Michelle.Lo@usdoj.gov | |
| 7 | Plaintiff | Christian Emile Mammen |
|   | State of California | Womble Bond Dickinson (US) LLP |
| 8 | ex rel. represented by | 50 California Street |
|   | David Bruce Zlotnick | Suite 2750 |
| 9 | CA Dept of Justice | San Francisco, CA 94111 |
|   | 1415 Frazee Road | 415-765-6267 |
| 10 | Suite 315 | Email: chris.mammen@wbd-us.com |
|   | San Diego, CA 92108 | |
| 11 | 619-688-6434 | |
|   | Email: david.zlotnick@doj.ca.gov | |
| 12 | | |
|   | John Bourke | Kristen H Cramer |
| 13 | Womble Bond Dickinson (US) LLP | Benesch Friedlander Coplan & Aronoff |
|   | Two International Place Suite 2310 | 1313 North Market Street |
| 14 | Boston, MA 02110 | Suite 1201 |
|   | 857-287-3128 | Wilmington, DE 19801-6101 |
| 15 | Email: ben.bourke@wbd-us.com | 302-442-7010 |
|   | | Email: kcramer@beneschlaw.com |
| 16 | | |
|   | Mary W Bourke | |
| 17 | Womble Bond Dickinson (US) LLP | |
|   | 1313 North Market Street | |
| 18 | Suite 1200 | |
|   | Wilmington, DE 19801 | |
| 19 | 302-252-4333 | |
|   | Email: mary.bourke@wbd-us.com | |

- 3 -
NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD DANIEL C. SHEEHAN

6596726