Christian E. Mammen (State Bar No. 188454)
Chris.Mammen@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, CA 94111
Tel.: 415-433-1900
Fax: 415-433-5530

Attorneys for DR. FALK PHARMA GMBH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* . ZACHARY SILBERSHER, <br><br>                    Plaintiffs, <br><br>          v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH, <br><br>                    Defendants. | Case No.: 3:18-cv-01496-JD <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Defendant Dr. Falk Pharma GmbH ("Dr. Falk") hereby provides notice of withdrawal of Kristen Cramer, formerly of the law firm of Womble Bond Dickinson (US) LLP ("WBD"), as counsel in this action. Ms. Cramer is no longer affiliated with WBD and is not representing Dr. Falk. Dr. Falk will continue to be represented in the above-captioned case by its counsel of record at WBD, Mary W. Bourke, John Bourke, and Christian E. Mammen.

Date: February 16, 2024          By: /s/Christian E. Mammen
                                     Christian E. Mammen

                                     Christian E. Mammen (State Bar No. 188454)
                                     Chris.Mammen@wbd-us.com
                                     **WOMBLE BOND DICKINSON (US) LLP**
                                     50 California Street, Suite 2750
                                     San Francisco, CA 94111
                                     Tel.: 415-433-1900
                                     Fax: 415-433-5530

                                     Attorneys for DR. FALK PHARMA GMBH

1