# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 8, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

      Re:  Valeant Pharmaceuticals International, Inc., et al.
            v. Zachary Silbersher, et al.
            No. 23-1093
            (Your No. 20-16176)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 4, 2024 and placed on the docket April 8, 2024 as No. 23-1093.

                        Sincerely,

                        **Scott S. Harris**, Clerk

                        by

                        Rashonda Garner
                        Case Analyst