# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 7, 2024

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526

Re:  Valeant Pharmaceuticals International, Inc., et al.
v. Zachary Silbersher, et al.
No. 23-1093
(Your No. 20-16176)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>OCT 07 2024<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| ZACHARY SILBERSHER, Relator,<br><br>       Plaintiff - Appellant,<br><br>and<br><br>UNITED STATES OF AMERICA, ex rel.; et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al.,<br><br>       Defendants - Appellees. | No. 20-16176<br><br>D.C. No. 3:18-cv-01496-JD<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered August 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                        FOR THE COURT:

                        MOLLY C. DWYER<br>
                        CLERK OF COURT