UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY SILBERSHER, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC, et al.,<br><br>   Defendants. | Case No. 18-cv-01496-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10. The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials. The case management deadlines set forth below do not otherwise alter the deadlines to which the parties have stipulated. *See* Dkt. No. 136.

| **Event** | **Deadline** |
|---|---|
| Last day for defendant to file responsive pleadings | February 5, 2025 |
| Fact discovery cut-off | October 3, 2025 |
| Expert Disclosures | October 10, 2025 |
| Rebuttal Expert Disclosures | October 31, 2025 |
| Expert discovery cut-off | November 21, 2025 |
| Last day to file dispositive and *Daubert* motions | December 12, 2025 |
| Pretrial conference | Thursday, May 7, 2026, at 1:30 p.m. |
| Jury Trial | Monday, May 18, 2026, at 9:00 a.m. |

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  January 10, 2025

_____
JAMES DONATO
United States District Judge