UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 28 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZACHARY SILBERSHER, Relator,<br><br>    Plaintiff - Appellee,<br><br> and<br><br>UNITED STATES OF AMERICA, ex rel.; et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; et al.,<br><br>    Defendants,<br><br> and<br><br>DR. FALK PHARMA GMBH,<br><br>    Defendant - Appellant. | No. 20-16256<br><br>D.C. No. 3:18-cv-01496-JD<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |

The judgment of this Court, entered August 03, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT