1  Nicomedes Sy Herrera (State Bar No. 275332)
   Shawn M. Kennedy (State Bar No. 218472)
2  Bret D. Hembd (State Bar No. 272826)
   Laura E. Seidl (State Bar No. 269891)
3  **HERRERA KENNEDY LLP**
   1300 Clay Street, Suite 600
4  Oakland, California 94612
   Telephone: (510) 422-4700
5  Facsimile:  (855) 969-2050
   Email: NHerrera@HerreraKennedy.com
6         SKennedy@ HerreraKennedy.com
          BHembd@ HerreraKennedy.com
7         LSeidl@ HerreraKennedy.com

8  *Attorneys for Plaintiff-Relator Zachary Silbersher*

9  [Additional Counsel on the Signature Page]

10                    **UNITED STATES DISTRICT COURT**
                      **NORTHERN DISTRICT OF CALIFORNIA**
11                            **SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br>                    Plaintiffs, <br><br>        v. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH, <br><br>                    Defendants. | Case No.: 3:18-cv-01496-JD <br><br> **PLAINTIFF-RELATOR'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

Plaintiff-Relator Zachary Silbersher hereby submits the following Certification of Interested Entities or Persons, which amends and supplements Relator's prior certification filed as ECF No. 34.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. TRGP Operating Company, LP and TRGP Operating Company II, LP.
2. Flat Line Capital, LLC.

None of the foregoing interested entities or persons have any right to exercise any control over, or make any decisions with respect to, this litigation.

Dated: February 5, 2025

**HERRERA KENNEDY LLP**

By: Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Shawn M. Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
Laura E. Seidl (State Bar No. 269891)
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile:  (855) 969-2050
Email: NHerrera@HerreraKennedy.com
       SKennedy@HerreraKennedy.com
       BHembd@HerreraKennedy.com
       LSeidl@HerreraKennedy.com

**SPARACINO PLLC**
Tejinder Singh (*pro hac vice*)
1920 L Street, NW, Suite 835
Washington, DC 20036
Telephone: (202) 629-3530
Email: Tejinder.Singh@sparacinopllc.com

**BURNS CHAREST LLP**
Warren T. Burns (*pro hac vice*)
Christopher Cormier (*pro hac* vice)
Matthew Strauser (*pro hac vice*)
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
Fax: (469) 444-5002
Email: wburns@burnscharest.com
　　　　ccormier@burnscharest.com
　　　　mstrauser@burnscharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*