UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY SILBERSHER, et al.,

Plaintiff,

v.

VALEANT PHARMACEUTICALS INTERNATIONAL, INC, et al.,

Defendant.

Case No. 18-cv-01496-JD

**MOTION TO SUBSTITUTE LAW FIRM; PROPOSED ORDER**

On behalf of (party name) Dr. Falk Pharma GmbH, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Nathanael R. Luman and Christy Green Lea
Knobbe, Martens, Olson, & Bear LLP

Name(s) of counsel withdrawing from representation and firm name:
Christian Emile Mammen, Alexander Wharton, John Bourke, and Mary W Bourke; Per D.I. 130 Kristen H Cramer Withdrawn; Womble Bond Dickinson (US) LLP

Date: 7/23/2025

**[PROPOSED] ORDER**

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date: _____    _____
                                          UNITED STATES DISTRICT/MAGISTRATE JUDGE