UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY SILBERSHER, et al.,

Plaintiff,

v.

VALEANT PHARMACEUTICALS INTERNATIONAL, INC, et al.,

Defendant.

Case No. 18-cv-01496-JD

**MOTION TO SUBSTITUTE LAW FIRM;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) Dr. Falk Pharma GmbH, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:
Nathanael R. Luman and Christy Green Lea
Knobbe, Martens, Olson, & Bear LLP

Name(s) of counsel withdrawing from representation and firm name:
Christian Emile Mammen, Alexander Wharton, John Bourke, and Mary W Bourke; Per D.I. 130 Kristen H Cramer Withdrawn; Womble Bond Dickinson (US) LLP

Date: 7/23/2025

**~~[PROPOSED]~~ ORDER**

The substitution of attorney(s) and firm is hereby approved and SO ORDERED.

Date: August 5, 2025

_____
UNITED STATES MAGISTRATE JUDGE

[Seal: Judge James Donato, United States District Court, Northern District of California]