UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY SILBERSHER, ex rel., et al.,

Plaintiff,

v.

VALEANT PHARMACEUTICALS, INC., et al.,

Defendant.

Case No. 3:18-cv-01496-JD

**MOTION TO SUBSTITUTE COUNSEL OF RECORD;** ~~PROPOSED~~ **ORDER**

On behalf of (party name) State of California, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear:
Erika Hiramatsu, Supervising Deputy Attorney General (Bar# 190883)
California Department of Justice, Division of Medi-Cal Fraud and Elder Abuse
1615 Murray Canyon Rd, Ste. 700, San Diego, CA 92108

Name(s) of counsel withdrawing from representation:
David Zlotnick, Deputy Attorney General
California Department of Justice, Division of Medi-Cal Fraud and Elder Abuse

Date: 08/06/25

~~[PROPOSED]~~ **ORDER**

The substitution of attorney(s) is hereby approved and so ORDERED.

Date: August 11, 2025

_____
UNITED STATES MAGISTRATE JUDGE

[Signature: Judge James Donato]