AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. (see Attachment A) ex rel. ZACHARY SILBERSHER<br><br>*Plaintiff(s)*<br><br>v.<br><br>BAUSCH HEALTH COMPANIES INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., et al.<br><br>*Defendant(s)* | Civil Action No. 18-cv-1496-DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Please see Attachment A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Joseph R. Saveri
> JOSEPH SAVERI LAW FIRM, INC.
> 601 California Street, Suite 1000
> San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

*[signature] Jorden Burger*
*Signature of Clerk or Deputy Clerk*

Date: 10/30/2018

# Attachment A

### Plaintiffs

UNITED STATES OF AMERICA, STATES OF CALIFORNIA, COLORADO, CONNECTICUT; DELAWARE; FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON, THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *EX REL.* ZACHARY SILBERSHER,

### Defendants

1. Valeant Pharmaceuticals International, Inc. (Currently Doing Business as Bausch Health Companies Inc.)
   2150 St. Elzéar Boulevard West
   Laval, Quebec H7l 4a8
   Canada

   c/o Farris, Vaughan, Wills & Murphy LLP
   25th Floor, 700 W Georgia Street
   Vancouver, BC
   Canada V7y 1b3

2. Valeant Pharmaceuticals International
   400 Somerset Corporate Boulevard
   Bridgewater, NJ 08807

   c/o United Agent Group Inc.
   3411 Silverside Road #104 Tatnall Building
   Wilmington, DE 19810

3. Salix Pharmaceuticals, Ltd.
   8510 Colonnade Center Drive
   Raleigh, North Carolina 27615

   c/o United Agent Group Inc.
   3411 Silverside Road #104 Tatnall Building
   Wilmington, DE 19810

4. Salix Pharmaceuticals, Inc.
   8510 Colonnade Center Drive
   Raleigh, North Carolina 27615

   c/o United Agent Group Inc.
   4640 Admiralty Way, 5th Floor
   Marina Del Rey, CA 90292

5. Dr. Falk Pharma Gmbh
   Leinenweberstrasse 5
   79108 Freiburg Im Breisgau
   Germany