UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel.* ZACHARY SILBERSHER, <br><br>Plaintiffs, <br><br>vs. <br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH, <br><br>Defendants. | Case No.: 3:18-cv-01496-JD <br><br>[PROPOSED] ORDER GRANTING DEFENDANT DR. FALK PHARMA'S EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT |

# ~~[PROPOSED]~~ ORDER

Having reviewed and considered Defendant Dr. Falk Pharma's *Ex Parte* Motion For Extension Of Time To Respond To The Third Amended Complaint, and the accompanying Declaration, the Court hereby grants the motion and **ORDERS** that Defendant Dr. Falk Pharma GmbH shall file its motion to dismiss the Third Amended Complaint by September 8, 2025.

**IT IS SO ORDERED**

Dated: August 25, 2025

James Donato
United States District Court Judge