Christy Lea (State Bar No. 212060)
christy.lea@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Nathanael Luman (State Bar No. 273349)
nate.luman@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Phone: 858-707-4000
Facsimile: 858-707-4001

*Attorneys for Defendant*
*Dr. Falk Pharma GmbH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel*. ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>vs.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH,<br><br>Defendants. | Case No.: 3:18-cv-01496-JD<br><br>**DECLARATION OF CHRISTY LEA IN SUPPORT OF DEFENDANT DR. FALK PHARMA'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY BRIEF** |

I, Christy Lea, state and declare as follows:

1. I am an attorney licensed to practice before all the Courts of the State of California, as well as the United States District Court for the Northern District of California. I am a partner at the law firm of Knobbe, Martens, Olson, & Bear, LLP, attorneys for Defendant Dr. Falk Pharma GmbH ("Falk") in the above-captioned case. I make this declaration of my own personal knowledge and based on my review of the records in this matter. If called as a witness, I could and would competently testify as to each stated fact.

2. I submit this declaration in support of Falk's Request for Judicial Notice in Support of its Reply on its Motion to Dismiss the Third Amended Complaint.

3. **Exhibit E** is a true and accurate copy of two document entries from the prosecution history of the '688 patent:

   a. "Power of Attorney" from September 2, 2010; and

   b. "Statement Under 37 CFR 3.37(b)" from July 24, 2015.

These excerpts from the prosecution history of the '688 patent are publicly available on the USPTO's website through the USPTO's Patent Center, https://data.uspto.gov/patent-file-wrapper/search/details/12573081/documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2025, at Irvine, California

By: /s/ Christy Lea
     Christy Lea

Case No. 3:18-cv-01496-JD     -1-     DECLARATION OF CHRISTY LEA IN SUPPORT OF FALK PHARMA'S REQUEST FOR JUDICIAL NOTICE FOR REPY BRIEF