# EXHIBIT E

PTO/SB/80 (11-08)
Approved for use through 11/30/2011. OMB 0651-0035
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## POWER OF ATTORNEY TO PROSECUTE APPLICATIONS BEFORE THE USPTO

I hereby revoke all previous powers of attorney given in the application identified in the attached Schedule A.

I hereby appoint:

[x] Practitioners associated with the Customer Number: 75093

OR

[ ] Practitioner(s) named below (if more than ten patent practitioners are to be named, then a customer number must be used):

| Name | Registration Number | Name | Registration Number |
|---|---|---|---|
| | | | |

as attorney(s) or agent(s) to represent the undersigned before the United States Patent and Trademark Office (USPTO) in connection with any and all patent applications assigned <u>only</u> to the undersigned according to the USPTO assignment records or assignment documents attached to this form in accordance with 37 CFR 3.73(b).

Please change the correspondence address for the application identified in the attached statement under 37 CFR 3.73(b) to:

[x] The address associated with Customer Number: 75093

OR

[ ] Firm or Individual Name

Address:
City:           State:           Zip:
Country:        Telephone:       Email:

Assignee Name and Address:

Salix Pharmaceuticals, Ltd.
1700 Perimeter Park Drive
Morrisville, North Carolina 27560

A copy of this form, together with a statement under 37 CFR 3.73(b) (Form PTO/SB/96 or equivalent) is required to be filed in each application in which this form is used. The statement under 37 CFR 3.73(b) may be completed by one of the practitioners appointed in this form if the appointed practitioner is authorized to act on behalf of the assignee, and must identify the application in which this Power of Attorney is to be filed.

**SIGNATURE of Assignee of Record**
The individual whose signature and title is supplied below is authorized to act on behalf of the assignee

| Signature | [signature] | Date | 9/2/10 |
|---|---|---|---|
| Name | Carolyn J. Logan | Telephone | 919-862-1000 |
| Title | President and CEO | | |

ME1 10448529v.1

-1-

## Schedule A

| App. No. | Filing Date | Inventor | Atty. Dkt. No. | Title |
|---|---|---|---|---|
| 12/573,081 | 10/02/09 | Forbes et al. | 119557-02804 | COMPOSITIONS AND METHODS FOR TREATMENT OF BOWEL DISEASES WITH GRANULATED MESALAMINE |
| 12/437,232 | 05/07/09 | Johnson et al. | 119557-02402 | METHODS OF TREATING BOWEL DISEASES BY ADMINISTERING A BOWEL CLEANSER AND AN ANTIBIOTIC |
| 12/072,112 | 02/22/08 | Lockhart et al. | 119557-00502 | BALSALAZIDE FORMULATIONS AND MANUFACTURE AND USE THEREOF |
| 11/982,603 | 11/02/07 | Rose et al. | 119557-01302 | POLYETHELENE GLYCOL COLONIC PURGATIVE COMPOSITION |
| 12/309,893 | 12/23/09 | Bettenhausen et al. | 119557-01603 | COMPOSITIONS AND METHODS FOR THE TREATMENT OF RADIATION PROCTOSIGMOIDITIS |
| 12/572,344 | 10/02/09 | Forbes | 119557-02703 | METHODS OF TREATING HEPATIC ENCEPHALOPATHY |
| 12/508,864 | 07/24/09 | Forbes | 119557-03603 | MODULATION OF SYSTEMIC EXPOSURE TO RIFAXIMIN |

PTO/SB/96 (07-09)
Approved for use through 07/31/2012. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## STATEMENT UNDER 37 CFR 3.73(b)

Applicant/Patent Owner: Dr. Falk Pharma GmbH

Application No./Patent No.: 8,865,688     Filed/Issue Date: October 21, 2014

Titled: COMPOSITIONS AND METHODS FOR TREATMENT OF BOWEL DISEASES WITH GRANULATED MESALAMINE

Dr. Falk Pharma GmbH , a Corporation
(Name of Assignee)                (Type of Assignee, e.g., corporation, partnership, university, government agency, etc.)

states that it is:

1. [X] the assignee of the entire right, title, and interest in;

2. [ ] an assignee of less than the entire right, title, and interest in
       (The extent (by percentage) of its ownership interest is _____ %); or

3. [ ] the assignee of an undivided interest in the entirety of (a complete assignment from one of the joint inventors was made)

the patent application/patent identified above, by virtue of either:

A. [ ] An assignment from the inventor(s) of the patent application/patent identified above. The assignment was recorded in the United States Patent and Trademark Office at Reel _____, Frame _____, or for which a copy therefore is attached.

OR

B. [X] A chain of title from the inventor(s), of the patent application/patent identified above, to the current assignee as follows:

   1. From: William Forbes     To: Salix Pharmaceuticals, Ltd.
      The document was recorded in the United States Patent and Trademark Office at
      Reel 026480 , Frame 0230 , or for which a copy thereof is attached.

   2. From: Salix Pharmaceuticals, Ltd.     To: Dr. Falk Pharma GmbH
      The document was recorded in the United States Patent and Trademark Office at
      Reel 026480 , Frame 0218 , or for which a copy thereof is attached.

   3. From: _____     To: _____
      The document was recorded in the United States Patent and Trademark Office at
      Reel _____ , Frame _____ , or for which a copy thereof is attached.

[ ] Additional documents in the chain of title are listed on a supplemental sheet(s).

[X] As required by 37 CFR 3.73(b)(1)(i), the documentary evidence of the chain of title from the original owner to the assignee was, or concurrently is being, submitted for recordation pursuant to 37 CFR 3.11.

[NOTE: A separate copy (i.e., a true copy of the original assignment document(s)) must be submitted to Assignment Division in accordance with 37 CFR Part 3, to record the assignment in the records of the USPTO. See MPEP 302.08]

The undersigned (whose title is supplied below) is authorized to act on behalf of the assignee.

_Signature_                                         24-July-2015
Signature                                           Date

Ursula Falk                                         General Manager
Printed or Typed Name                               Title

This collection of information is required by 37 CFR 3.73(b). The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.11 and 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. **SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450.**

*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*