HUESTON HENNIGAN LLP
Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
Padraic W. Foran, State Bar No. 268278
pforan@hueston.com
Michael H. Todisco, State Bar No. 315814
mtodisco@hueston.com
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:    (213) 788-4340
Facsimile:    (888) 775-0898

Attorneys for the Bausch Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* ZACHARY SILBERSHER, <br><br>Plaintiffs, <br><br>vs. <br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH, <br><br>Defendants. | Case No. 3:18-cv-01496-JD <br><br>**STATEMENT OF RECENT DECISION RELATING TO BAUSCH'S MOTION TO DISMISS** |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL:

Pursuant to Local Rule 7-3(d)(2), the Defendants Bausch Health Companies Inc., Bausch Health Americas, Inc., Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc. (the "Bausch Defendants") lodge this Statement of Recent Decision in support of their Motion to Dismiss Silbersher's Third Amended Complaint. (*See* Dkt. 179.)

Attached as Exhibit A is the motion-to-dismiss order in *United States ex rel. Sorgi v. Jazz Pharms. PLC*, No. 21-CV-10891-PBS, 2025 WL 2701928 (D. Mass. Sept. 23, 2025). *Sorgi* dismisses similar claims, also brought by a patent attorney relator against a pharmaceutical company, based on the FCA's public disclosure bar. (Ex. A at 9–12.) The relator in *Sorgi* is represented by several of the same counsel representing Silbersher. (Ex. A at 5.)

Dated: October 24, 2025

Respectfully submitted,

HUESTON HENNIGAN LLP

By: _____
Padraic W. Foran
Attorneys for the Bausch Defendants

- 2 -
STATEMENT OF RECENT DECISION