Nicomedes Sy Herrera (State Bar No. 275332)
Shawn M. Kennedy (State Bar No. 218472)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile:  (855) 969-2050
Email: NHerrera@HerreraKennedy.com
            SKennedy@ HerreraKennedy.com
            LSeidl@ HerreraKennedy.com
*Attorneys for Plaintiff-Relator Zachary Silbersher*

[Additional Counsel on the Signature Page]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, Plaintiffs, v. VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH, Defendants. | Case No.: 3:18-cv-01496-JD  **NOTICE OF CHANGE OF ADDRESS**  Hon. James Donato  Courtroom 11, 19th Floor Phillip Burton Federal Building 450 Golden Gate Avenue San Francisco, CA 94102 |

1  TO THE COURT AND ALL COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that Christopher J. Cormier and Matthew Strauser, attorneys for

3  Plaintiff-Realtor Zachary Silbersher, file this Notice of Change of Address and request that the Court's

4  docket in the above-styled cause be updated accordingly.

5  The new address is as follows:

**BURNS CHAREST LLP**
Christopher Cormier (*pro hac* vice)
Matthew Strauser (*pro hac vice*)
2445 M Street NW, Suite 740
Washington, D.C. 20037
Telephone: (202) 577-3977
Fax: (469) 444-5002
Email: ccormier@burnscharest.com
        mstrauser@burnscharest.com

Dated: October 28, 2025

**BURNS CHAREST LLP**

*/s/ Christopher J. Cormier*

By: Christopher J. Cormier

**HERRERA KENNEDY LLP**
Nicomedes Sy Herrera (State Bar No. 275332)
Shawn M. Kennedy (State Bar No. 218472)
Laura E. Seidl (State Bar No. 269891)
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile:  (855) 969-2050
Email: NHerrera@HerreraKennedy.com
        SKennedy@HerreraKennedy.com
        LSeidl@HerreraKennedy.com

**SPARACINO PLLC**
Tejinder Singh (*pro hac vice*)
1920 L Street, NW, Suite 835
Washington, DC 20036
Telephone: (202) 629-3530
Email: Tejinder.Singh@sparacinopllc.com

**BURNS CHAREST LLP**
Warren T. Burns (*pro hac vice*)
Clayton Mahaffey (*pro hac vice*)
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550

- 1 -

Fax: (469) 444-5002
Email: wburns@burnscharest.com
cmahaffey@burnscharest.com

**BURNS CHAREST LLP**
Christopher Cormier (*pro hac* vice)
Matthew Strauser (*pro hac vice*)
2445 M Street NW, Suite 740
Washington, D.C. 20037
Telephone: (202) 577-3977
Fax: (469) 444-5002
Email: ccormier@burnscharest.com
mstrauser@burnscharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

- 2 -

NOTICE OF CHANGE OF ADDRESS                CASE NO. 3:18-CV-01496-JD

# CERTIFICATE OF SERVICE

On October 28, 2025, I electronically submitted the foregoing document with the clerk of the court for the United States District Court for the Northern District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another matter authorized by Fed. R. Civ. P. 5(b)(2).

DATED: October 28, 2025

*/s/ Christopher J. Cormier*

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com