Moez M. Kaba, State Bar No. 257456
mkaba@hueston.com
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone:     (213) 788-4340

*Attorneys for the Bausch Defendants*

Christy Lea, State Bar No. 212060
christy.lea@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone:     (949) 760-0404

*Attorneys for Defendant*
*Dr. Falk Pharma GmbH*

Nicomedes Sy Herrera, State Bar No. 275332
nherrera@herrerakennedy.com
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:     (510) 422-4700

*Attorneys for Plaintiff-Relator*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel.* ZACHARY SILBERSHER, Plaintiffs, vs. VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH, Defendants. | Case No. 3:18-cv-01496-JD **JOINT STIPULATION TO EXTEND DEADLINE TO ANSWER THIRD AMENDED COMPLAINT** Judge:   Hon. James Donato Trial Date:   None Set |

- 1 -

**JOINT STIPULATION**

Plaintiff-Relator Zachary Silbersher ("Silbersher"), Defendants Bausch Health Companies, Inc. (*f/k/a* Valeant Pharmaceuticals International, Inc.), Bausch Health Americas, Inc. (*f/k/a* Valeant Pharmaceuticals International), Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc. (collectively, the "Bausch Defendants"), and Defendant Dr. Falk Pharma GmbH ("Dr. Falk," together with the Bausch Defendants, "Defendants") hereby stipulate and agree as follows:

WHEREAS, Silbersher filed his Third Amended Complaint ("TAC") on August 11, 2025, Dkt. 166; the Bausch Defendants moved to dismiss the TAC on August 25, 2025, Dkt. 179, and Dr. Falk moved to dismiss the TAC on September 8, 2025, Dkt. 182;

WHEREAS, the Court denied Defendants' motions on March 31, 2026, Dkt. 189;

WHEREAS, under Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure, Defendants' current deadline to answer the TAC is April 14, 2026;

WHEREAS, Defendants seek a 14-day extension to prepare their answers in the manner most likely to narrow disputed issues and promote efficiency in this litigation going forward;

WHEREAS, Silbersher agreed to Defendants' requested 14-day extension, resulting in a new deadline of April 28, 2026;

WHEREAS, no hearing dates, scheduling deadlines, or other dates set by the Court are affected by this extension, *see* L.R. 6-1(a), and the extension does not prejudice any party; and

WHEREAS, the parties have met and conferred regarding case scheduling per the Court's order, Dkt. 189, and will propose a case schedule that is not delayed by this 14-day extension.

**NOW, THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES**:

Defendants' deadline to answer the Third Amended Complaint is extended by 14 days, from April 14, 2026, to April 28, 2026.

/ / /

/ / /

/ / /

/ / /

Dated:  April 9, 2026                    Respectfully submitted,

                                         HUESTON HENNIGAN LLP


                                         By:   /s/ Moez M. Kaba
                                               Moez M. Kaba
                                               *Attorneys for the Bausch Defendants*


Dated:  April 9, 2026                    KNOBBE, MARTENS, OLSON & BEAR LLP


                                         By:   /s/ Christy Lea*
                                               Christy Lea
                                               *Attorneys for Defendant*
                                               *Dr. Falk Pharma GmbH*


Dated:  April 9, 2026                    HERRERA KENNEDY LLP


                                         By:   /s/ Nicomedes Sy Herrera*
                                               Nicomedes Sy Herrera
                                               *Attorneys for Plaintiff-Relator Zachary*
                                               *Silbersher*

                                               *e-signed with permission*