UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY SILBERSHER, et al.,

     Plaintiffs,

    v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC, et al.,

     Defendants.

Case No.  18-cv-01496-JD

**AMENDED SCHEDULING ORDER**

At the joint request of the parties, Dkt. No. 191, the Court sets the following amended case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.

For an ADR mechanism, the case is referred to private mediation, and the parties are directed to select a mediator by May 13, 2026, and to confirm the selection in a joint filing on the ECF docket.

| Event | Deadline |
| --- | --- |
| Last day for defendant to file responsive pleadings | April 28, 2026 |
| Fact discovery cut-off | December 9, 2026 |
| Expert Disclosures | January 22, 2027 |
| Rebuttal Expert Disclosures | February 26, 2027 |
| Expert discovery cut-off | March 26, 2027 |
| Last day to file dispositive and *Daubert* motions | May 13, 2027 |
| Pretrial conference | September 2, 2027, at 1:30 p.m. |
| Jury Trial | September 20, 2027, at 9:00 a.m. |

United States District Court
Northern District of California

All dates set by the Court should be regarded as firm.  Counsel may not modify these dates by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling conflicts that are created subsequent to the date of this order by any party, counsel or party-controlled expert or witness will not be considered good cause for a continuance.  Sanctions may issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  April 29, 2026

_____
JAMES DONATO
United States District Judge

2