Christy Lea (State Bar No. 212060)
christy.lea@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Nathanael Luman (State Bar No. 273349)
nate.luman@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Phone: 858-707-4000
Facsimile: 858-707-4001

*Attorneys for Defendant
Dr. Falk Pharma GmbH*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel*. ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>vs.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH,<br><br>Defendants. | Case No.: 3:18-cv-01496-JD<br><br>**DEFENDANT DR. FALK PHARMA'S CORPORATE DISCLOSURE STATEMENT** |

Case No. 3:18-cv-01496-JD                    CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dr. Falk Pharma GMBH certifies that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Respectfully,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: May 12, 2026                     By:  */Nathanael R. Luman/*
                                              Christy Lea
                                              Nathanael Luman

                                              *Attorneys for Defendant Dr. Falk Pharma GmbH*