Brent A. Hawkins
brent.hawkins@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Montgomery Street
San Franciso, CA 94111
Telephone: (415) 442-1449
Facsimile: (415) 442-1001
*Attorneys for the Bausch Defendants*

Nathanael R. Luman
2nrl@knobbe.com
Tel: (858) 707-4000
3579 Valley Centre Dr.
San Diego, CA 92130
Christy Green Lea
christy.lea@knobbe.com
Tel: (949) 760-0404
2040 Main St. 14L
Irvine, CA 92614
KNOBBE, MARTENS, OLSON, & BEAR LLP
*Attorneys for Defendant
Dr. Falk Pharma GmbH*

Nicomedes Sy. Herrera, State Bar No. 275332
nherrera@herrerakennedy.com
Laura E. Seidl, State Bar No. 269891
lseidl@herrerakennedy.com
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone:    (510) 422-4700
Facsimile:    (855) 969-2050

Christopher J. Cormier *(pro hac vice)*
ccormier@burnscharest.com
Matthew Strauser *(pro hac vice)*
mstrauser@burnscharest.com
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Tel: (202) 577-3977

Warren T. Burns *(pro hac vice)*
Clayton Mahaffey *(pro hac vice)*
cmahaffey@burnscharest.com
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
Tel: (469) 904-4550
*Attorneys for Plaintiff-Relator*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. *ex rel.* ZACHARY SILBERSHER, <br><br> Plaintiffs, <br><br> vs. <br><br> VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH, <br><br> Defendants. | Case No. 3:18-cv-01496-JD <br><br> **JOINT NOTICE OF MEDIATOR SELECTION** |

**JOINT NOTICE**

As ordered by this Court on April 29, Dkt. 194, the parties hereby confirm that they have selected the Honorable Shashi H. Kewalramani as a mediator and will work cooperatively to set a mediation date.

Dated: May 13, 2026          KNOBBE, MARTENS, OLSON & BEAR, LLP


By:  /s/ Christy Lea* _____

Christy Lea
*Attorney for Defendant Dr. Falk Pharma GmbH*


Dated: May 13, 2026          MORGAN, LEWIS & BOCKIUS LLP


By:  /s/ Brent A. Hawkins* _____

Brent A. Hawkins
*Attorney for the Bausch Defendants*


Dated: May 13, 2026          HERRERA KENNEDY LLP


By:  /s/ Nicomedes Sy Herrera* _____

Nicomedes Sy Herrera
*Attorney for Plaintiff-Relator Zachary Silbersher*


Dated: May 13, 2026          BURNS CHAREST LLP


By:  /s/ Matthew Strauser _____

Matthew Strauser
*Attorney for Plaintiff-Relator Zachary Silbersher*

*e-signed with permission*

-2-