UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZACHARY SILBERSHER, et al. ,

Plaintiff(s),

v.

VALEANT PHARMACEUTICALS
INTERNATIONAL, INC, et al.,
Defendant(s).

Case No. 3:18-cv-01496-JD

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, John J. Pease III , an active member in good standing of the bar of the Supreme Court of Pennsylvania , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Bausch Health Companies, Inc., f/k/a Valeant Pharmaceuticals International, Inc., Bausch Health Americas, Inc., f/k/a Valeant Pharmaceuitcals International, Salix Pharmaceuticals, Ltd., and Salix Pharmaceuticals, Inc. in the above-entitled action. My local co-counsel in this case is Brent A. Hawkins , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 314266 .

2222 Market Street
Philadelphia, PA 19103
MY ADDRESS OF RECORD

600 Montgomery Street, Suite 2300
San Francisco, California 94111
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

215.963.5575
MY TELEPHONE # OF RECORD

415.442.1449
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

john.pease@morganlewis.com
MY EMAIL ADDRESS OF RECORD

brent.hawkins@morganlewis.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 66151 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _5/19/2026_____                        _John J. Pease III_____
                                                                           APPLICANT

=====================================================================

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _John J. Pease III_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021                                    2



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *John Joseph Pease III, Esq.*

**DATE OF ADMISSION**

**December 17, 1992**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 23, 2025**

Darian Holland
Chief Clerk