UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, et al.,
ex rel. ZACHARY SILBERSHER,

,

Plaintiff,

v.

VALEANT PHARMACEUTICALS INTERNATIONAL INC.,
VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX
PHARMACEUTICALS LTD., SALIX PHARMACEUTICALS
INC., AND DR. FALK PHARMA GMBH

Defendant.

Case No.  3:18-cv-01496-JD

**MOTION TO SUBSTITUTE
LAW FIRM; ORDER**

On behalf of (party name)   VALEANT PHARMACEUTICALS INTERNATIONAL INC.,
VALEANT PHARMACEUTICALS INTERNATIONAL,
SALIX PHARMACEUTICALS LTD., SALIX
PHARMACEUTICALS INC.
, the following attorney(s)

(1) move(s) to substitute as counsel of record,

(2) certify they are members in good standing of this Court's bar,

(3) attest to the consent of current counsel to be withdrawn, and

(4) attest to the consent of the party represented.

Name(s) of new counsel seeking to appear and firm name:

Morgan, Lewis & Bockius LLP; Brent A. Hawkins; Kelly A. Moore (*pro hac vice*); Michael J.
Abernathy (*pro hac vice*); John J. Pease III (*pro hac vice*)

Name(s) of counsel withdrawing from representation and firm name:

Hueston Hennigan LLP; Moez Kaba; Steven Feldman; Daniel Sheehan; Padraic Foran; Michael Todisco; Nicholas Kellum

Date: May 26, 2026

### ORDER

The substitution of attorney(s) and firm is hereby approved and so ORDERED.

Date:   7/20/2026

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE