Brent A. Hawkins
brent.hawkins@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
600 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 442-1449
Facsimile: (415) 442-1001
*Attorney for the Bausch Defendants*

Christy Lea (State Bar No. 212060)
christy.lea@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Nathanael Luman (State Bar No. 273349)
nate.luman@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
3579 Valley Centre Drive, Suite 300
San Diego, CA 92130
Phone: 858-707-4000
Facsimile: 858-707-4001
*Attorneys for Defendant*
*Dr. Falk Pharma GmbH*

Nicomedes Sy. Herrera, State Bar No. 275332
nherrera@herrerakennedy.com
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, CA 94612
Telephone: (510) 422-4700
Facsimile: (855) 969-2050

Christopher J. Cormier (pro hac vice)
ccormier@burnscharest.com
Matthew Strauser (pro hac vice)
mstrauser@burnscharest.com
BURNS CHAREST LLP
1300 Connecticut Ave, NW, Suite 1075
Washington, DC 20036
Tel: (202) 577-3977

Warren T. Burns (pro hac vice)
Clayton Mahaffey (pro hac vice)
cmahaffey@burnscharest.com
BURNS CHAREST LLP
901 Main Street, Suite 5800
Dallas, TX 75202
Tel: (469) 904-4550
*Attorneys for Plaintiff-Relator*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA, et al.

*ex rel*. ZACHARY SILBERSHER,

Plaintiffs,

vs.

VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, SALIX PHARMACEUTICALS, LTD., SALIX PHARMACEUTICALS, INC., AND DR. FALK PHARMA GMBH,

Defendants.

Case No.: 3:18-cv-01496-JD

**JOINT STIPULATION AND REQUEST TO STAY PENDING FINAL SETTLEMENT**

Hon. James Donato

Plaintiff-Relator Zachary Silbersher ("Relator"), on behalf of the United States of America; the States of California, Colorado, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, Montana, Nevada, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Vermont, and Washington; the Commonwealths of Massachusetts and Virginia; and the District of Columbia; and Defendants Valeant Pharmaceuticals International, Inc., Valeant Pharmaceuticals International, Salix Pharmaceuticals, Ltd., Salix Pharmaceuticals, Inc. (the "Bausch Defendants"), and Dr. Falk Pharma GmbH ("Falk") (collectively with the Bausch Defendants, "Defendants") (Defendants with Relator, the "Parties"), jointly stipulate and respectfully request that the Court stay all dates in this action for 75 days, *i.e.*, until January 19, 2027, to afford the Parties an opportunity to formalize and execute a final settlement, which is subject to government approval, and file a Joint Stipulation of Dismissal With Prejudice in this matter.

As ordered by this Court on April 29, 2026, Dkt. Nos. 194-195, the Parties hereby confirm that they completed a private mediation session before the Honorable Shashi H. Kewalramani on November 3, 2026. On November 5, 2026, the Parties reached a settlement in principal and executed a binding term sheet to resolve the Parties' dispute. The Parties respectfully request that the Court stay all dates in this matter until January 19, 2027, to afford the Parties the opportunity to formalize and execute a final settlement agreement and to confirm that the United States and the named States will not object to the settlement or the dismissal of this matter.

This stipulation and request would stay the current deadlines, which are as follows:

| **Event** | **Deadline** |
|---|---|
| Fact discovery cut-off | December 9, 2026 |
| Expert Disclosures | January 22, 2027 |
| Rebuttal Expert Disclosures | February 26, 2027 |
| Expert discovery cut-off | March 26, 2027 |
| Last day to file dispositive and *Daubert* motions | May 13, 2027 |
| Pretrial conference | September 2, 2027, at 1:30 p.m. |

| Event | Deadline |
|---|---|
| Jury Trial | September 20, 2027, at 9:00 a.m. |

*See* Dkt. 194.

Respectfully submitted,

Dated: November 5, 2026

HERRERA KENNEDY LLP

By: /s/Nicomedes Sy Herrera
Nicomedes Sy Herrera

*Attorney for Plaintiff-Relator Zachary Silbersher*

Dated: November 5, 2026

KNOBBE MARTENS OLSON & BEAR, LLP

By: */s/Christy Lea*
Christy Lea

*Attorney for Defendant Dr. Falk Pharma GmbH*

Dated: November 5, 2026

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Brent A. Hawkins*
Brent A. Hawkins

*Attorney for the Bausch Defendants*

**ATTESTATION**

Pursuant to Civ. Local Rule 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Plaintiff.

Dated: November 5, 2026

By: */s/ Christy Lea*
Christy Lea

*Attorney for Defendant Dr. Falk Pharma GmbH*

**[PROPOSED] ORDER**

The Court, having considered Parties' Joint Stipulation and Request To Stay Pending Final Settlement hereby stays this case until January 19, 2027.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated:____________________________

______________________________________________
Hon. James Donato
United States District Court Judge